IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DWAYNE K. REED,                  )
                                 )
            Plaintiff,           )
                                 )
    v.                           )    No.  09 C 3642
                                 )
ILLINOIS SPORT SERVICE,          )
                                 )
            Defendant.           )

MEMORANDUM ORDER

This Court's June 22, 2009 memorandum order ("Order") identified for pro se plaintiff Dwayne Reed ("Reed") the gaps in his filing that then prevented an evaluation as to whether his self-prepared Complaint of Employment Discrimination presented a claim against his ex-employer Illinois Sport Service that is "nonfrivolous in the legal sense." Because the supplemental information needed for that purpose was already readily available to Reed--if it existed in fact--the Order gave him until July 1, 2009 to provide that information and to furnish a copy of his Charge of Discrimination (which had been referred to in the Complaint as having been attached, but was not).

July 1 has come and gone without anything further having been tendered by Reed. As promised in the Order, Reed's In Forma Pauperis Application is denied. Unless Reed pays the $350 filing fee on or before July 21, both the Complaint and this action will be dismissed.

_____
                                    Milton I. Shadur
Date:  July 6, 2009                 Senior United States District Judge